PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL CHAVEZ TAMAYO,<br><br>Defendant. | CASE NO.  1:19-CR-00222-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: September 26, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on September 26, 2023.

2. By this stipulation, defendant and government now move to vacate the jury trial date and set the matter for a change of plea hearing September 25, 2023 at 10:00 a.m.

3. Since the jury trial was originally set for September 25, 2023, the parties believe that no further time exclusion is needed at this time.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The parties believe this matter has resolved and a signed plea agreement is imminent.

    b) The parties need additional time to conduct some pre-plea investigation and

resolve a few minor details before a plea is entered.

c)     The defendant agrees and stipulates that time should be excluded for the aforementioned reasons should an additional exclusion be necessary.  The government agrees and stipulates to the requested date.

d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 20, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  June 27, 2023

/s/ GALATEA DELAPP
GALATEA DELAPP
Counsel for Defendant
ISRAEL CHAVEZ TAMAYO

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **June 27, 2023**

UNITED STATES DISTRICT JUDGE