PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00222-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ISRAEL CHAVEZ TAMAYO, | DATE: September 25, 2023 |
| Defendant. | TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on September 25, 2023.

2. By this stipulation, defendant and government now move to continue the change of plea hearing to October 10, 2023 at 10:00 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties need additional time to receive and file the signed plea agreement and resolve a few minor details before a plea is entered.

   b) The defendant agrees and stipulates that time should be excluded for the aforementioned reasons and the government agrees and stipulates to the requested date.

///

    c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  4.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 25, 2023 to October 10, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  5.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  September 20, 2023        PHILLIP A. TALBERT
                    United States Attorney

                    /s/ LAUREL J. MONTOYA
                    LAUREL J. MONTOYA
                    Assistant United States Attorney

Dated:  September 20, 2023        /s/ GALATEA DELAPP
                    GALATEA DELAPP
                    Counsel for Defendant
                    ISRAEL CHAVEZ TAMAYO

**[Remainder of this page intentionally left blank]**

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **September 20, 2023**

_____
UNITED STATES DISTRICT JUDGE